Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
E-mail: jmurphy@crowell.com
        aheaven@crowell.com

*Counsel for Plaintiff Target Corp.*

FILED 2013 DEC -9 P 3:40

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARGET CORP., <br><br> Plaintiff, <br><br> v. <br><br> TECHNICOLOR SA (f/k/a THOMSON SA); TECHNICOLOR USA, INC. (f/k/a THOMSON CONSUMER ELECTRONICS, INC.);VIDEOCON INDUSTRIES, LTD.; TECHNOLOGIES DISPLAYS AMERICAS LLC (f/k/a THOMSON DISPLAYS AMERICAS LLC); MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC VISUAL SOLUTIONS AMERICA, INC.; and MITSUBISHI ELECTRIC & ELECTRONICS USA, INC., <br><br> Defendants. | Case No. CV 13 5686 <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF TARGET CORP.'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF THE COMPLAINT UNDER SEAL |

Having considered Target Corp.'s ("Target") administrative motion for an order permitting it to file under seal portions of its Complaint, pursuant to Civil Local Rules 7-11 and 79-5(e), and good cause appearing, the application is hereby GRANTED.

IT IS HEREBY ORDERED THAT the redacted portions of Target's Complaint in this

1  case shall be accepted for filing under seal and shall remain under seal, pending further order of
2  this Court. The Clerk of Court is directed to accept Target's Complaint for filing under seal.
3      IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local
4  Rule 79-5, the parties and their counsel shall not publicly disseminate or discuss any of the sealed
5  portions of the Complaint or their contents absent further order of the Court.

7  Dated:

                         The Honorable Samuel Conti
                         United States District Court Judge